PEOPLE *ex rel.* TALLANT *et al. v.* THE BOARD OF SUPER-
VISORS OF SAN FRANCISCO COUNTY.

The People *ex rel.* McLane *v.* Bond, Assessor, (10 Cal. 563) affirmed.
The Board of Supervisors of the City and County of San Francisco, have no control over the Treasurer, in the payment of the interest and principal of the Sinking Fund of that city. The allowance or disallowance, auditing or refusing to audit, of the Board, are alike immaterial.

APPEAL from the Fourth District, County of San Francisco.

The facts sufficiently appear in the opinion of the Court.

*F. P. Tracy* for Appellants.

*F. M. Haight* for Respondents.

BALDWIN, J., delivered the opinion of the Court—TERRY, C. J., and FIELD, J., concurring.

The principles of this case have already been settled in the case of The People *v.* Bond, Assessor. This is a *mandamus* to compel the

defendants to allow the Auditor to audit, and the Treasurer to pay, the sum of $197,000, the interest and Sinking Fund for the years 1857 and 1858, under the Act of May 1, 1851, entitled, "An Act to authorize the Funding of the Floating Debt of the City of San Francisco, and to provide for the payment of the same."

The proceeding was discontinued on the hearing, as against the Auditor and Treasurer, and judgment for peremptory *mandamus* rendered against the defendants.

We have already held that the Board of Supervisors had no control over the Treasurer in respect to this matter. Their allowance or disallowance, auditing or refusing to audit, are alike immaterial : therefore, this proceeding against the defendants is improper. For this reason the judgment is reversed and the case dismissed.